**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 299 EAL 2022
                                :
         Respondent         :
                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court
         v.                 :
                                :
MARC VINCENT,                :
                                :
         Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.